**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                             NO. 2:22-cr-00015-JM-1

AMY MARIE RIEVES                                                                                              DEFENDANT

**AMENDMENT TO JUDGMENT & COMMITMENT ORDER**

The Judgment & Commitment Order entered on March 17, 2023, is hereby amended to reflect that the restitution imposed in the amount of $577,853.24 is payable to SOUTHERN AGRONOMIC RESOURCES, LLC. Timothy Goldman is not a party to this matter and should not receive payments.

All other conditions contained in the original Judgment & Commitment Order remain in full force and effect.

IT IS SO ORDERED this 3rd day of April, 2023.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE